## POSTUM CEREAL CO., Inc., v. CALIFORNIA FIG NUT CO.

(Court of Appeals of District of Columbia. Submitted March 10, 1924. Decided April 7, 1924.)

### No. 1621.

Trade-marks and trade-names and unfair competition ⬷=44—Court of Appeals has no jurisdiction of appeal from decision under act of 1920.

> The Court of Appeals has no jurisdiction of an appeal from a registration of a trade-mark, under Act March 19, 1920 (Comp. St. Ann. Supp. 1923, § 9516a et seq.).

Appeal from the Commissioner of Patents.

Application for registration of a trade-mark by the California Fig Nut Company, opposed by the Postum Cereal Company, Inc. From a decision registering the trade-mark, opposer appeals. Appeal dismissed.

Edward S. Rogers, of Chicago, Ill., for appellant.

Arthur E. Wallace, of Chicago, Ill., for appellee.

Before SMYTH, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

ROBB, Associate Justice. Appellee secured registration of the mark "Fig-Nuts" under the provisions of the Trade-Mark Act of March 19, 1920 (41 Stat. 533 [Comp. St. Ann. Supp. 1923, § 9516a et seq.]), and in this proceeding, based upon section 2 of that act (Comp. St. Ann. Supp. 1923, § 9516b), it is sought to cancel the registration.

In U. S. Compression Inner Tube Co. v. Climax Rubber Co., 53 App. D. C. 370, 290 Fed. 345, we ruled that the act in question contains no provision for appeal to this court, and hence that we are without jurisdiction to consider one.

It results that this appeal must be and is dismissed for want of jurisdiction.

Dismissed.

Petition for appeal to the Supreme Court of the United States granted July 1, 1924.

---

⬷=For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes